UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

VIROGEX INC.,

                      Plaintiff,

      -v-

RESOLVX HEALTH INC., et al.,

                    Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2026

26-cv-3179 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference on Plaintiff's request for temporary injunctive relief on April 22, 2026, at 5:00 p.m. in Courtroom 15C, 500 Pearl Street.  The parties shall be prepared to discuss Plaintiff's request for a temporary restraining order and a schedule for a hearing on a motion for preliminary injunction.  By no later than 1 p.m. today, Plaintiff shall serve this order on Defendants by email and first class mail and file proof of service on the docket.  If Defendants wish the Court to consider any responsive papers, they must do so by 5:00 p.m. on April 21, 2026.

      SO ORDERED.

Dated: April 20, 2026
      New York, New York

                                 LEWIS J. LIMAN
                        United States District Judge