UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

VIROGEX INC.,

               Plaintiff,

    -v-

RESOLVX HEALTH INC., et al.,

            Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/23/2026

26-cv-3179 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a conference on the motion for a preliminary injunction on May 6, 2026 at 9:30 a.m. in Courtroom 15C.  Plaintiff shall submit any additional papers by 12:00 p.m. on April 27, 2026.  Defendant shall submit responsive papers, and no more than three declarations (without good cause as granted by the Court) by May 1, 2026.  The briefs shall not exceed fifteen pages, double spaced.

    SO ORDERED.

Dated: April 23, 2026
      New York, New York          _____
                             LEWIS J. LIMAN
                       United States District Judge