UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                      :
VIROGEX INC.,                                                         :
                                                                      :
                              Plaintiff,                              :
                                                                      :                26-cv-3179 (LJL)
              -v-                                                      :
                                                                      :                ORDER
RESOLVX HEALTH INC., et al.,                                          :
                                                                      :
                              Defendants.                             :
                                                                      :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Defendants' letter inquiring into procedures for the hearing

scheduled for this Wednesday, May 6, 2026.  Dkt. No. 27.  The Court is prepared to set aside the

morning for the hearing, with the testimony to be continued beyond the hearing for good cause.

It will take the declarations that have been submitted as the direct testimony of the witnesses.

Each side shall have the opportunity to cross-examine the declarants offered by the other side.

The parties shall meet and confer and inform the Court by no later than 10:00 a.m. on May 5,

2026, the witnesses to be cross-examined and the length of any expected cross-examination.  The

Court will entertain requests for short redirect examinations upon good cause.  The Court does

not anticipate the need for further argument on the motions.

       SO ORDERED.

Dated: May 4, 2026
       New York, New York                          _____
                                                            LEWIS J. LIMAN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2026